# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steger, Christopher H. | U.S. District Court, Eastern District of Tennessee | 08/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Building, United States Courthouse
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 8-11 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 12-14 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | The Coca-Cola Company Defined Benefit Pension Plan with former employer, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 15-20 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | The Coca-Cola Company - deferred compensation | $33,082.86 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Bud Floral - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*(Includes those to spouse and dependent children; see pp. 21-23 of filing instructions.)

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 24-27 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 28-29 of filing*

[✓] *instructions.)* NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 30-47 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank cash accounts | A | Interest | K | T | | | | | |
| 2. Campbell Family Investments, LLC | E | Int./Div. | M | U | | | | | |
| 3. Genworth Life & Annuity Insurance Company Inherited Annuity (fixed) | D | Distribution | | | Closed | 12/31/19 | J | | |
| 4. Northwestern Whole Life Policies | A | Dividend | M | T | | | | | |
| 5. Real Estate, Nashville, TN (2015 $267,000) | | None | | | Sold | 10/01/19 | N | A | |
| 6. TRUST #1 (H) | | | | | | | | | |
| 7. --Charles Schwab deposit accounts | A | Interest | J | T | | | | | |
| 8. --Schwab Value Advantage Money Market Fund | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 9. --Cole Credit Property Trust REIT | A | Dividend | J | T | Sold (part) | 01/31/19 | J | A | |
| 10. | | | | | Sold (part) | 04/30/19 | J | A | |
| 11. | | | | | Sold (part) | 07/31/19 | J | A | |
| 12. --Vanguard Short Term Investment Grade Mutual Fund | D | Dividend | N | T | | | | | |
| 13. --Vanguard 500 Index Mutual Fund | D | Dividend | M | T | Sold (part) | 03/19/19 | K | B | |
| 14. | | | | | Sold (part) | 07/25/19 | L | D | |
| 15. BROKERAGE #1 (H) | | | | | | | | | |
| 16. --Charles Schwab deposit dccounts | A | Interest | K | T | | | | | |
| 17. --Schwab Value Advantage Money Market Fund | C | Dividend | M | T | Buy | 01/29/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Steger, Christopher H. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 30-47 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Arbitrage Mutual Fund | C | Dividend | M | T | Buy (add'l) | 07/25/19 | K | | |
| 19.   --Calamos Market Neutral Income Mutual Fund | C | Dividend | M | T | Buy (add'l) | 07/25/19 | K | | |
| 20.   --Gateway Mutual Fund | C | Dividend | M | T | Buy (add'l) | 07/25/19 | K | | |
| 21.   --Merger Mutual Fund Institutional Class | B | Dividend | M | T | Buy (add'l) | 07/25/19 | K | | |
| 22.   --Vanguard Ltd-Term Tax-Exempt Bond Fund | D | Dividend | N | T | | | | | |
| 23.   --Vanguard Short Term Tax-Exempt Bond Fund | D | Dividend | N | T | | | | | |
| 24.   --Vanguard Mid-Cap Index Mutual Fund | B | Dividend | M | T | | | | | |
| 25.   --Vanguard Small-Cap Index Mutual Fund | B | Dividend | M | T | | | | | |
| 26.   --Vanguard Total Intl Stock Index Mutual Fund | D | Dividend | N | T | | | | | |
| 27.   --Vanguard Total Stock Market Index Mutual Fund | E | Dividend | O | T | | | | | |
| 28.   BROKERAGE #2 (H) | | | | | | | | | |
| 29.   --Charles Schwab deposit accounts | A | Interest | J | T | | | | | |
| 30.   --Vanguard FTSE Developed Markets ETF | D | Dividend | M | T | | | | | |
| 31.   --Vanguard Mid-Cap ETF | C | Dividend | M | T | | | | | |
| 32.   --Vanguard S&P 500 ETF | D | Dividend | O | T | | | | | |
| 33.   --Vanguard Small-Cap ETF | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Christopher H. Steger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544